UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 9:18-cv-80864-MIDDLEBROOKS/BRANNON

STEVEN J. PINCUS, an individual, on
behalf of himself and all others similarly
situated,

  Plaintiff,

v.

AMERICAN TRAFFIC SOLUTIONS,
INC.,

  Defendant.
_____/

### DEFENDANT AMERICAN TRAFFIC SOLUTIONS, INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a) Defendant, American Traffic Solutions, Inc., d/b/a Verra Mobility, states that it is a wholly-owned subsidiary of Verra Mobility Corp.

Respectfully submitted,

/s/ *David R. Wright*
Kevin P. McCoy
Florida Bar No. 36225
kmccoy@carltonfields.com
David R. Wright
Florida Bar No. 119453
dwright@carltonfields.com
Carlton Fields Jorden Burt, P.A.
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL 33607
Tel: (813) 223-7000
Fax: (813) 229-4133

*Attorneys for Defendant American Traffic*

*Solutions, Inc., d/b/a Verra Mobility*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on August 1, 2018, on all counsel or parties of record on the Service List below.

*/s/ David R. Wright*
David R. Wright

## SERVICE LIST

Bret L. Lusskin, Esq.
Florida Bar No. 28069
blusskin@lusskinlaw.com
THE TICKET CRICKET
20803 Biscayne Blvd., Ste. 302
Aventura, FL 33180
Telephone: 954-454-5841
Fax: 954-454-5844

Keith J. Keogh, Esq.
Florida Bar No. 126335
keith@keoghlaw.com
KEOGH LAW, LTD.
55 W. Monroe St., Ste. 3390
Chicago, IL 60603
Telephone: 312-726-1092
Fax: 312-726-1093

Scott D. Owens, Esq.
Scott@scottdowens.com
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Suite 235
Hollywood, FL 33019
Telephone: (954) 589-0588
Facsimile: (954) 337-0666

*Attorneys for Plaintiff Steven J. Pincus*

115399822.1