UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-cv-80864-DMM

STEVEN J. PINCUS, an individual, on
behalf of himself and all others similarly situated,

    Plaintiff,

v.

AMERICAN TRAFFIC SOLUTIONS, INC.,
a Kansas corporation,

    Defendant.
_____/

## DECLARATION OF STEVEN J. PINCUS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Steven J. Pincus, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. 1746, that the following statements are true:

1. My name is Steven J. Pincus. I am over the age of 18 and the named Plaintiff in this lawsuit.

2. I have personal knowledge of the facts stated herein, unless stated on information and belief, and if called upon to testify to those facts I could and would competently do so.

3. In February 2018, I received in the mail a Notice of Violation purportedly issued by the City of North Miami Beach alleging that my vehicle had run a red light, and demanding a civil penalty payment in the amount of $158.00. A true and correct reproduction of this Notice of Violation is attached to the Complaint in this action as *Composite Exhibit B*. [ECF No. 1-2].

4. The Notice of Violation stated that the civil penalty had to be paid via one of three payment methods: (1) online payment via credit card, debit card, or automated clearing house (ACH) transaction; (2) payment by phone via credit card, debit card, or automated clearing house

(ACH) transaction; or (3) sending a check to American Traffic Solutions, Inc. by mail. No payments directly to the City of North Miami Beach are allowed, and cash is not accepted.

5. Per the NOV, all payment options except sending a check via the mail would incur a "convenience / service fee."

6. On April 23, 2018, I paid the $158.00 civil penalty demanded in the NOV using my personal Discover credit card.

7. At that time, I was charged a separate "convenience fee" by Defendant American Traffic Solutions, Inc. in the amount of $7.90, or 5% of the $158.00 civil penalty, bringing the total penalty to $165.90.

8. I understand that this is a proposed class action and that I am the proposed class representative.

9. I understand that a class action is a lawsuit brought by at least one person on behalf of a group of people who have been treated in the same or essentially the same illegal manner by the defendant, in this case American Traffic Solutions, Inc.

10. I understand that the proposed class here includes individuals from whom, like me, American Traffic Solutions, Inc. collected a surcharge on civil penalty payments for photo-enforced red light violations. I understand that the period covered by the proposed class extends back to June 29, 2014.

11. I understand, based on American Traffic Solutions, Inc. responses to discovery, that the proposed class has hundreds of thousands, if not millions, of potential members.

12. I am willing to be a representative of the class.

13. To my knowledge, I have no interests antagonistic to those of the class members. I believe my interests are entirely consistent with the class members' interests because I seek to remedy American Traffic Solutions, Inc.'s common violation.

14. I understand that as a class representative I have the responsibility: a) to consider the class's interests when making any decisions about the case and make all such decisions in the interests of the class, not just my own interests; b) to participate in the case and consult with my counsel about the case; c) and that I may have to testify at a trial in the case. To date, I have been involved in the pursuit of the claims in this case by reviewing complaints and providing information to my counsel to use in drafting the complaints and responding to discovery from Defendant American Traffic Solutions, Inc. I also sat for a deposition in this case.

15. I have arranged for my attorneys to advance all costs of this action, including the cost of notification of the class.

16. I understand that courts have sometimes awarded people money for serving as the class representative, but that I am not entitled to any such payment, and that I have not been promised or guaranteed money for being the class representative.

17. I am not employed by or related to either of my attorneys. They will be paid as directed by the Court, if the case is successful, out of the Defendant's assets or the funds recovered for the class.

Executed in *Palm Beach* County, Florida on *11th of October*, 2018.

_____
Steven J. Pincus