# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY ____AP____ D.C.

**Feb 8, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 08, 2019

Keith J. Keogh
Keogh Law, LTD
55 W MONROE ST STE 3390
CHICAGO, IL 60603

Bret Leon Lusskin Jr.
Bret Lusskin, PA
20803 BISCAYNE BLVD STE 302
AVENTURA, FL 33180

Scott D. Owens
Scott D. Owens, PA
3800 S OCEAN DR STE 235
HOLLYWOOD, FL 33019

Appeal Number: 19-10474-AA
Case Style: Steven Pincus v. American Traffic Solutions, In
District Court Docket No: 9:18-cv-80864-DMM

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Eleventh Circuit Rule 31-1 requires that APPELLANT'S BRIEF BE SERVED AND FILED ON OR BEFORE March 18, 2019. APPELLANT'S APPENDIX MUST BE SERVED AND FILED NO LATER THAN 7 DAYS AFTER FILING OF THE APPELLANT'S BRIEF. INCARCERATED PRO SE PARTIES ARE NOT REQUIRED TO FILE AN APPENDIX.

This is the only notice you will receive concerning the due date for filing briefs and appendices. See Fed.R.App.P. 28, 30, 31, 32, the corresponding circuit rules, General Order 39 and the Guide to Electronic Filing for further information. Pro se parties who are incarcerated are not required to file an appendix. (In cross-appeals pursuant to Fed.R.App.P. 28.1(b), the party who first files a notice of appeal is the appellant unless the parties otherwise agree.)

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

MEDIATION. If a Civil Appeal Statement is required to be filed, your appeal and all related matters will be considered for mediation by the Kinnard Mediation Center. The mediation services are free and the mediation process is confidential. You may confidentially request mediation by calling the Kinnard Mediation Center at 404-335-6260 (Atlanta) or 305-714-1900 (Miami). See 11th Cir. R. 33-1.

Attorneys must file briefs electronically using the ECF system. Use of ECF does not modify the requirements of the circuit rules that counsel must also provide seven (7) paper copies of a brief to the court, nor does it modify the requirements of the circuit rules for the filing of appendices in a particular case.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Searcy, AA/deo
Phone #: (404) 335-6180

DKT-7CIV Civil Early Briefing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-cv-80864-DMM

STEVEN J. PINCUS, an individual, on
behalf of himself and all others similarly situated,

    Plaintiff,

v.

AMERICAN TRAFFIC SOLUTIONS, INC.,
a Kansas corporation,

    Defendant.

_____/

## **NOTICE OF APPEAL**

Notice is hereby given pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure that Steven J. Pincus, the Plaintiff and proposed class representative in the above named putative class action, appeals on behalf of himself and all others similar situated to the United States Court of Appeals for the Eleventh Circuit the Order granting Defendant's Motion to Dismiss [ECF No. 44] entered on January 14, 2019, and from any other previous orders relating to the entry of judgment. Steven J. Pincus is qualified to bring the appeal as the proposed representative of the class.

Respectfully submitted February 5, 2019.

                                      Bret L. Lusskin, Esq.
                                      BRET LUSSKIN, P.A.
                                      20803 Biscayne Blvd., Suite 302
                                      Aventura, Florida 33180
                                      Telephone: 954-454-5844
                                      Fax: 954-454-5844
                                      blusskin@lusskinlaw.com

                              By:   <u>/s/ Bret L. Lusskin, Esq.</u>
                                        Bret L. Lusskin, Esq.
                                        Florida Bar No. 28069